UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Feb 11, 2025
KELLY L. STEPHENS, Clerk

No. 24-1219

ELIZABETH NELSON and ALBERT D. THROWER,

    Plaintiffs-Appellants,

v.

SERVICE TOWING, INC., et al.,

    Defendants-Appellees.

Before: BATCHELDER, COLE, and BUSH, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk